*Keech* and *Vernon E. West* for respondents.

No. 843. PLENTY ET AL. *v.* UNITED STATES. May 24, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Antoine Kills Plenty* and *Leonard Jack, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 976. THOMPSON, TRUSTEE, *v.* LAWSON ET AL. May 24, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Garfield C. Thompson, pro se.*

No. 962. MESCALL *v.* W. T. GRANT Co. May 24, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Clair McTurnan* for petitioner. *Mr. Alan W. Boyd* for respondent.

No. 895. RUMBERGER *v.* WELSH ET AL. June 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Frederic D. McKenney, John S. Flannery, G. Bowdoin Craighill,* and *R. Aubrey Bogley* for petitioner. *Messrs. William F. Kelly* and *P. J. J. Nicolaides* for respondents.

No. 905. J. W. SANDERS COTTON MILL, INC. *v.* MOODY. June 1, 1943. Petition for writ of certiorari to